YORKS v. MOSHER, appellant.

APPEAL from a judgment in favor of plaintiff entered upon the report of a referee. .The action was brought by William A. Yorks against Howell Mosher, to recover for barley sold.

*H. L. Comstock*, for appellant.

*E. A. Nash*, for respondent.

E. DARWIN SMITH, J.

Only a question of fact was involved.

*Judgment affirmed.*